JENNIE CAULFIELD, Respondent, v. JOHN O. BALL, as Trustee under the Will of MARY CAULFIELD, Deceased, Appellant, Impleaded with Another.

*Caulfield* v. *Ball*, 151 App. Div. 923, modified.
(Argued April 2, 1913; decided April 22, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 25, 1912, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to recover an amount due for alimony.

*A. P. Bachman* for appellant.

*John M. Zurn* and *Ralph Underhill* for respondent.

Judgment of Appellate Division modified by providing that the costs of the judgment of the Special Term be against appellant Ball, as trustee, and as modified affirmed, without costs in this court to either party, on the ground that there is no appeal taken from the provision of the judgment of the Special Term that the costs should be recovered against the trustee as such; no opinion.

Concur: CULLEN, Ch. J., WILLARD BARTLETT, HISCOCK, CHASE, CUDDEBACK, HOGAN and MILLER, JJ.